UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEITRO TAWADROUS,<br><br>         Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>         Defendants. | Civil Action No. 2:21-cv-05223-CFK |

**WELLS FARGO BANK, N.A.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Court to evaluate possible disqualifications or recusal, Defendant Wells Fargo Auto, a division of Wells Fargo Bank, N.A. f/k/a Wells Fargo Dealer Services ("Wells Fargo"), by counsel, makes the following disclosures:

1. Is the party a non-governmental corporate party?

    **RESPONSE:** Wells Fargo Bank, N.A. is chartered as a National Bank.

2. If the answer to Number 1 is "yes" list below any parent corporation or state that there is no such corporation.

    **RESPONSE**: Wells Fargo Bank, N.A.'s ultimate corporate parent is Wells Fargo & Company.

3. If the answer to Number 1 is "yes" list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**RESPONSE**:  No publicly held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A. Wells Fargo & Company, a publicly traded corporation, is the ultimate parent of Wells Fargo Bank, N.A.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| Dated: December 8, 2021 | Respectfully submitted,<br><br>**WELLS FARGO BANK, N.A**<br><br>By: */s/ Jenna Christine Hutchinson*<br>Jenna C. Hutchinson<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: 212.704.6034<br>jenna.hutchinson@troutman.com<br>*Attorney for Wells Fargo Auto, a division of Wells Fargo Bank, N.A., f/k/a Wells Fargo Dealer Services* |