# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| PEITRO TAWADROUS <br> *Plaintiff(s)* <br> v. <br> TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; COMENITY BANK; CAPITAL ONE, N.A.; USAA SAVINGS BANK AND WELLS FARGO DEALER SERVICES <br> *Defendant(s)* | Civil Action No.   21-5223 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        USAA Savings Bank
        10750 McDermott
        San Antonio, Texas 78288

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
BRENT F. VULLINGS
VULLINGS LAW GROUP LLC
3953 RIDGE PIKE
STE102
COLLEGEVILLE, PA 19426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Kate Barkman, Clerk of Court*
*U.S. District Court, Eastern District of PA*

CLERK OF COURT

Date:   11/29/2021

                                                                 *s/Brian J. Weissman*
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   21-5223

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  USAA
was received by me on *(date)*  11/29/2021 @ 1:09pm

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
  on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served Summons to a lockbox at the loading dock where all deliveries are made.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/29/2021

*Server's signature*

Gonzalo Quezada III — Private Process Server
*Printed name and title*

313 Utica Way Cibolo, TX 78108
*Server's address*

Additional information regarding attempted service, etc: