IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEITRO TAWADROUS,<br><br>      Plaintiff,<br><br>   v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., COMENITY BANK, CAPITAL ONE, N.A., USAA SAVINGS BANK, AND WELLS FARGO DEALER SERVICES,<br><br>      Defendants. | CASE NO. 2:21-cv-05223-CFK |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

     Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Experian Information Solutions, Inc. ("Experian") certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

1.    Experian is a non-governmental corporate entity.

2.    Parent Companies:  The ultimate parent company of Experian is Experian plc.

3.    Subsidiaries Not Wholly Owned:  The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

   (a)    Central Source LLC;

   (b)    Online Data Exchange LLC;

   (c)    New Management Services LLC;

   (d)    VantageScore Solutions LLC; and

   (e)    Opt-Out Services LLC.

4. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: December 23, 2021                Respectfully submitted,

/s/ Christopher M. Hunchuck
Christopher M. Hunchuck (Pa. 327405)
JONES DAY
500 Grant St., Suite 4500
Pittsburgh, PA 15219
412-391-3939 (Phone)
412-394-7959 (Fax)
chunchuck@jonesday.com

Mohammad Ghiasuddin (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I electronically filed a true and correct copy of **CORPORATE DISCLOSURE STATEMENT OF EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to ECF-registered parties.

*/s/ Christopher M. Hunchuck*
Christopher M. Hunchuck

Counsel for Defendant
Experian Information Solutions, Inc.