IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEITRO TAWADROUS, | : |
| Plaintiff, | : Case No.: 2:21-cv-05223 |
| v. | : |
| TRANS UNION, LLC, et al., | : |
| Defendants. | : |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties hereby stipulate and agree that the time for Defendant Capital One Bank (USA) N.A. to move, answer, or otherwise plead in response to Plaintiff's Complaint is extended by 15 days, to and including January 10, 2022.

Respectfully submitted,

/s/ Brent F. Vullings
Brent F. Vullings
VULLINGS LAW GROUP LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
Telephone: 610-489-6060
bvullings@vullingslaw.com
*Attorneys for Plaintiff*

/s/ Christopher A. Reese
Andrew K. Stutzman
Christopher A. Reese
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market St., Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 (fax)
astutzman@stradley.com
creese@stradley.com
*Attorneys for Defendant, Capital One Bank USA, N.A.*

SO ORDERED this 23rd day of December, 2021

/s/ Chad F. Kenney
Chad F. Kenney, J.

- 1 -